299 Cherry Hill Road, Suite 300
PO Box 912
Parsippany, NJ 07054
Phone: 973-957-2550
Fax: 973-710-1054



**Kinney Lisovicz Reilly & Wolff PC**
ATTORNEYS AT LAW
www.klrw.law

11 Broadway, Suite 615
New York, NY 10004
Phone: 646-741-7332
Fax: 646-690-8772

James P. Lisovicz, Esq.
jim.lisovicz@klrw.law
Direct Dial: 973-957-2560

September 29, 2017

*VIA ELECTRONIC FILING*

United States Magistrate Judge James B. Clark, III
United States District Court
District of New Jersey
U.S. Post Office & Court House Building
1 Federal Square
Newark, New Jersey 07102

Re:   *Kotov v. Universal Electric Motor Service, Inc., et al.*
      Civil Action No.: 17-1438 (JMV)

Dear Judge Clark:

We write to inform the Court of a discovery dispute. Defendants have requested more specific answers from plaintiff to defendants' interrogatories, document requests, and demands for admissions. We have sought to confer with plaintiff's counsel and will try to resolve the problem without the Court's intervention, but because the Pretrial Scheduling Order requires us to bring this to the Court's attention no later than September 29, 2017, we are doing so now.

Respectfully submitted,

KINNEY LISOVICZ REILLY & WOLFF PC

James P. Lisovicz

JPL/lac
cc:   Darius A. Marzec, Esq.
      *(via electronic mail and regular mail)*