# Marzec Law Firm, P.C.

**Darius A. Marzec Is Licensed To Practice Law In: New York**
**New Jersey • Connecticut • Massachusetts • Pennsylvania**
**Washington, D.C. • Illinois • Florida • California • Hawaii**

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

**Via ECF**

September 29, 2017

Hon. James B. Clark III
United States Magistrate Judge
1 Federal Square
Newark, NJ 07102

RE    Kotov vs. Universal Electric Motor Service, Inc.
        Docket No.: 2:17-cv-1438-JMV-JBC

Dear Honorable Judge Clark:

Please be advised that this office represents the Plaintiff. Pursuant to your Honor's order, we are writing to inform the Court that there are discovery disputes remaining between the parties. The Defendants have not responded to the Plaintiff's Request for Production of Documents by Steven Adzima. As no timely response was provided to Plaintiff's Notice to Admit served on Steven Adzima, the facts therein are deemed admitted. Finally, where Defendants have responded, those responses are insufficient. Attached hereto is a letter sent to Defendants detailing the deficiencies in their responses

Sincerely,

*/s/ Darius A. Marzec*

Darius A. Marzec

DM:ms
CC        James Lisovicz
               via ECF
Enclosures:    Deficiency Letter