UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIKTOR KOTOV, individually and on behalf of all other persons similarly situated who were employed by UNIVERSAL ELECTRIC MOTOR SERVICE, INC. and/or any other entities affiliated with or controlled by UNIVERSAL ELECTRIC MOTOR SERVICE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> UNIVERSAL ELECTRIC MOTOR SERVICE, INC., STEVEN ADZIMA, JOHN DOES 1-2 and JANE DOES 1-2, <br><br> Defendants. | Civil Action No. 2:17-cv-01438-JMV-JBC <br><br><br> **DECLARATION OF TIMOTHY P. SMITH, ESQ., IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br><br> *Document Electronically Filed* |

I, **TIMOTHY P. SMITH**, of full age, do certify and declare as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Kinney Lisovicz Reilly & Wolff PC, attorneys for Defendants, Universal Electric Motor Service, Inc. and Steven Adzima ("Defendants"), in the above matter and am fully familiar with the facts set forth herein.

2. I make this Declaration in support of Defendants' motion for partial summary judgment.

3. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint, dated and filed March 1, 2017.

4. Attached hereto as **Exhibit B** is a true and accurate copy of Defendants' Answer to Plaintiffs' Complaint dated and filed April 11, 2017.

114413

5. Attached hereto as **Exhibit C** is a true and accurate copy of the Pretrial Schedule Order entered in this matter, dated and filed June 28, 2017.

6. Attached hereto as **Exhibit D** is a true and accurate copy of <u>Weglicki v. Kabanos Polish Deli, Inc.</u>, Case No. 1:15-cv-02567 (United States District Court, Eastern District of New York), filed on May 5, 2015.

7. Attached hereto as **Exhibit E** is a true and accurate copy of <u>Wozniak v. V. DiSalvo Contracting Co., Inc.</u>, Docket No. 1:15-cv-00505 (United States District, Eastern District of New York), filed February 2, 2015.

8. Attached hereto as **Exhibit F** is a true and accurate copy of <u>Luszczki v. Sokolewicz</u>, Docket No. 1:15-cv-02908 (United States District Court, Eastern District of New York), filed May 19, 2015.

9. Attached hereto as **Exhibit G** is a true and accurate copy of Universal Electric Motor Service's and Steven Adzima's First Set of Interrogatories to Plaintiff, dated August 10, 2017.

10. Attached hereto as **Exhibit H** is a true and accurate copy of Plaintiff's Response to Defendant's First Set of Interrogatories, dated September 8, 2017.

11. Attached hereto as **Exhibit I** is a true and accurate copy of Universal Electric Motor Service's and Steven Adzima's First Request for Production of Documents, dated August 10, 2017.

12. Attached hereto as **Exhibit J** is a true and accurate copy of Plaintiff's Response to Defendant's First Request for Production of Documents, dated September 8, 2017.

114413

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 13, 2017

/s/ *Timothy P. Smith*
Timothy P. Smith, Esq. (TPS0127)
KINNEY LISOVICZ REILLY & WOLFF PC
299 Cherry Hill Road, Suite 300
Parsippany, New Jersey 07054
(973) 957-2550
(973) 710-1054 - Facsimile
Email: tim.smith@klrw.law
*Attorneys for Defendants, Universal Electric Motor Service, Inc. and Steven Adzima*