UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

May 3, 2018

**LETTER ORDER**

Re: **Kotov v. Universal Electric Motor Service, Inc., et al.**
    Civil Action No. 17-1438 (JMV)

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Plaintiff shall answer the disputed Interrogatories identified in the parties' February 1, 2018 joint letter to the Court [Dkt. No. 40] by **May 31, 2018**.

2) Fact discovery shall be completed by **July 31, 2018**.

3) The Court will conduct a telephone status conference with the parties on **August 6, 2018 at 10:30 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**