**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

September 24, 2018

## LETTER ORDER

Re:   **Kotov v. Universal Electric Motor Service, Inc., et al.**
      **Civil Action No. 17-1438 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) With respect to the issues identified in Defendants' September 20, 2018 letter to the Court [Dkt. No. 50], Plaintiff shall provide Defendants with a certification for each of Defendants' Interrogatories to which Plaintiff has not responded stating that he is not in possession of any responsive information.

2) Fact discovery shall be completed by **November 30, 2018**.

3) Affirmative expert reports shall be served by **December 31, 2018**.

4) Responsive expert reports shall be served by **January 31, 2019**.

5) The Court will conduct a telephone status conference with the parties on **December 5, 2018 at 10:30 AM**. Counsel for Defendants shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**