**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT SREET, ROOM 2060
NEWARK, NJ 07102

December 12, 2018

**LETTER ORDER**

Re:   **Kotov v. Universal Electric Motor Service, Inc., et al.**
      **Civil Action No. 17-1438 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter December 11, 2018, the Court orders the following:

1) Fact discovery shall be completed by **January 30, 2019**.

2) Affirmative Expert Reports shall be produced by **March 1, 2019**.

3) Responsive Expert Reports shall be produced by **April 1, 2019**.

4) Expert discovery shall be completed by **May 1, 2019**.

5) The Court will conduct a telephone status conference with the parties on **February 19, 2019 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                         s/ James B. Clark, III
                                                         **JAMES B. CLARK, III**
                                                         **United States Magistrate Judge**